IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT HINSON, JR.,**
    Plaintiff,

vs.                              CASE NO.: 3:08cv439/MCR/MD

**JUDGE FRANK BELL,**
    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 14, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) and judgment is entered accordingly.

DONE AND ORDERED this 12th day of December, 2008.

                         *s/ M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**